AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Blake Hatlem Telephone: (313) 226-9613
Special Agent: Matthew Rummell, ATF Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
James Wilson

Case No. Case: 2:26−mj−30584
Assigned To : Unassigned
Assign. Date : 9/21/2026
Description: CMP USA V. SEALED (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 15, 2026 in the county of Washtenaw in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Matthew Rummel, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 21, 2026

[signature]
*Judge's signature*

City and state: Detroit, MI

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew Rummel, being first duly sworn, hereby depose and state as follows:

## I. INTRODUCTION AND BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since September 2014. I have a bachelor's degree in criminal justice. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator School and the ATF's Special Agent Basic Training School. Prior to joining the ATF, I was employed, for approximately eight years, as a Parole Agent with the Michigan Department of Corrections. During that time, for approximately four years, I was assigned to a multi-jurisdictional task force comprised of federal, state, and local law enforcement agencies. Collectively, I have over 19 years of experience in law enforcement. Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my

training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. I submit this affidavit in support of a criminal complaint charging James Anthony WILSON (DOB XX/XX/1996), an individual who was convicted of a crime punishable by imprisonment for a term exceeding one year, with felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1).

## II. PROBABLE CAUSE

4. On September 10, 2026, United States Magistrate Judge Kimberly Altman authorized a residential search warrant for 9196 MacArthur Blvd., Ypsilanti, MI (26-mc-51145-02), a residence known to be used by WILSON and believed to contain evidence of firearms, firearms trafficking and ammunition.

5. On September 15, 2026, law enforcement to include Special Agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives executed the federal search warrant at 9196 MacArthur Blvd., Ypsilanti, MI. Upon entry, law enforcement encountered James WILSON, his girlfriend, her sister, and three minor children at the residence.

6. During the search of the residence, investigators recovered rounds of 9mm ammunition, among other items.

7. On September 15, 2026, I conducted a custodial interview with WILSON. WILSON was advised of his *Miranda* rights, waived his rights, and agreed to answer questions. During the interview, WILSON made the following statements, summarized below:

a. WILSON had been staying at the residence, where the search warrant was conducted, for approximately four months.

b. WILSON acknowledged that he had previously been arrested and had been incarcerated, as part of his sentence.

c. WILSON confessed to possessing ammunition and stated that his DNA would likely be present on the ammunition because he handled it, including moving it around within the residence.

d. WILSON stated that the ammunition was valuable.

8. On September 17, 2026, an ATF Interstate Nexus authority, Special Agent Mark Davis, inspected the ammunition. After reviewing the ammunition, Special Agent Davis advised that the ammunition was manufactured outside of the state of Michigan and thus concluded it would have traveled in and affected interstate or foreign commerce.

9. I reviewed criminal history records from the National Crime Information Center (NCIC), Michigan Department of Corrections and the Law

Enforcement Information Network (LEIN) for WILSON and observed several felony convictions, including an instance in which WILSON pled guilty to first degree Home Invasion and was sentenced to prison. I also observed a conviction for Domestic Violence.

10. I am aware that the Michigan Court Rules (which are used in the state court system in Michigan) require a court to advise a criminal defendant of the maximum possible prison sentence for an offense before accepting a plea of guilty or nolo contendere to the charge. Therefore, as a result of WILSON's aforementioned guilty pleas, his admissions during my interview, as well as the fact that he has served multiple terms of incarceration, to include in excess of one year, there is probable cause to believe that he knew that he was a felon who had been previously convicted of a crime punishable by imprisonment for a term exceeding one year when he possessed the ammunition in 2026.

## III. CONCLUSION

11. Based on the above, I respectfully submit there is probable cause to find that, in or around September 15, 2026, within the Eastern District of Michigan, James WILSON, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, was a felon in possession of a ammunition, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Matthew Rummel, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

Honorable Kimberly G. Altman
United States Magistrate Judge

Dated: September 21, 2026